| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 2004-2(c)**<br>CHRISTOPHER J. KERN, ESQUIRE<br>525 Route 73 North<br>Building #5, Suite 104<br>Telephone No. (856) 751-4771<br>Attorney for Debtor(s)<br>By: Christopher J. Kern, Esquire (CJK-5314) | Order Filed on May 16, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Evelyn Holley<br><br>                Debtor(s) | Case No.: 13-20122<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: ABA |

## AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

    The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: May 16, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is

ORDERED that Christopher J. Kern, Esquire, the applicant, is allowed a fee of **$100.00** for services rendered and expenses in the amount of $ **N/A** for a total of **$100.00**. The allowance shall be payable:

   **XXX**        through the Chapter 13 plan as an administrative priority.

   _____        outside the plan.

The debtor's monthly plan is modified to require a payment of **$752 for the remaining 12 months with an amended wage order** to allow for payment of the above.

rev. 8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Evelyn J. Holley  
    Debtor

Case No. 13-20122-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 16, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2017.  
db         +Evelyn J. Holley,    4333 Lario Way,    Pennsauken, NJ 08110-2144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2017 at the address(es) listed below:
- Christopher J. Kern    on behalf of Debtor    Evelyn J. Holley cjkernlaw@comcast.net
- Denise E. Carlon    on behalf of Creditor    CALIBER HOME LOANS, INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
- Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
- Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
- Joshua I. Goldman    on behalf of Creditor    CALIBER HOME LOANS, INC. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
- Linda S. Fossi    on behalf of Creditor    U.S. Bank Cust/Pro Capital I, LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
- Steven K. Eisenberg    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
- Steven K. Eisenberg    on behalf of Creditor    CALIBER HOME LOANS, INC. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
- Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                                      TOTAL: 9